United States District Court
Southern District of Texas
**ENTERED**
July 03, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 3:23-cr-00029-37 |
| | § | |
| ALBERTO NAPOLES | § | |

## ORDER

On July 3, 2025, I held a hearing on the Superseding Petition for Action on Conditions of Pretrial Release ("Petition"). *See* Dkt. 513. I make the following findings of fact and conclusions of law:

Mr. Napoles was released on bond on April 10, 2024. The conditions of release required him, among other things, to refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. The conditions of release also required home incarceration, restricting Mr. Napoles to 24-hour lockdown except for medical necessities and court appearances pre-approved by pretrial services.

The Petition alleges that Mr. Napoles violated these conditions. Specifically, he provided urine specimens on May 2, May 13, and May 27, 2025. All three specimens tested positive for cocaine. The Petition further alleges that on May 11, 2025, Mr. Napoles left his residence, without authorization, and "drove to a nearby residence to drop off an automotive part he required for a repair he was conducting." Dkt. 513 at 1. Mr. Napoles has admitted to the allegations in the Petition.

Revocation of supervised release is governed by 18 U.S.C. § 3148. Pursuant to 18 U.S.C. § 3148(b)(1)(B), I find by clear and convincing evidence that Mr. Napoles violated the terms of his pretrial release. Due to this failure to abide by the conditions of his pretrial release, I find that, pursuant to 18 U.S.C. § 3148(b)(2)(B), Mr. Napoles is unlikely to abide by any condition or combination of conditions of

release. Therefore, Mr. Napoles's bond is revoked, and he is ordered detained pending trial in this matter.

SIGNED this __3rd__ day of July 2025.

                                                                                    _____
                                                                                    ANDREW M. EDISON
                                                                                    UNITED STATES MAGISTRATE JUDGE